**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

———

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

† Also admitted in New Jersey

Author: Joseph M. Labuda – Member †
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

November 18, 2020

MEMO ENDORSED

O.K.

*[signature]*

11/20/2020

**Via ECF**

Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   Trustees et al. v. National Drywall, Inc.
        20-cv-01649 (CM)**

Dear Judge McMahon:

This firm represents Defendant in the above-referenced matter.

We are in receipt of your order scheduling a conference for November 20, 2020. I am pleased to inform the Court that the audit requested by the Funds has been initiated and will be concluded in short order. (Due to COVID, there was a delay in conducting the audit). The parties hereby respectfully request that the conference scheduled in this matter be adjourned until January 22, 2020 in order for the audit to be concluded and to allow the parties to resolve any remaining issues with respect to the audit without the need for further judicial intervention. Plaintiffs consent to this request.

Thank you for your attention to this matter.

Respectfully submitted,

*Joseph M. Labuda*

Joseph M. Labuda

cc:   All counsel of record (via ECF)